

JUNE 22, 1999
To:   Rick Donalashen
Fr:   Brian McNelis
Re:   ADDENDUM TO TRIBUTES CONTRACTS
cc:   Brian Perera

Please find below the revision to our earlier agreement(s) controlling the releases of the tributes to ALICE COOPER, AEROSMITH and OZZY OZBORNE.

As per our meeting please acknowledge the term for the above stated releases shall be PERPETUITY in NORTH AMERICA.

The pending agreement for the METALLICA TRIBUTE shall be crosscollateralized and adhere to the same terms as those noted above.

_____
Authorizing Signature
Cleopatra Records

_____
Authorizing Signature
Triage

*Adendum To Tributes*

CLEOPATRA LABEL GROUP PROMOTIONS OFFICE
13428 MAXELLA AVE #251 • MARINA DEL REY • CA • 90292
v 310.823.0337 • f 310.823.5497 • e cleoinfo@cleorecs.com

**EXHIBIT A**
10