## Royalty Summary

*Page:* 1
*Calculation Ref.* 001813

Payee:  TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account    TRIAGE RECORDS (000292)
Contract   TRIAGE RECORDS (255)

FOR PERIOD OCT 2009 TO DEC 2009

| | | |
|---|---|---|
| BALANCE BROUGHT FORWARD: | | -131700.71 |
| COMPACT DISC | 189.75 | |
| DIGITAL DOWNLOAD | 1.58 | |
| TOTAL ROYALTIES | | 191.33 |
| 12/2009 Transfer from sub contract (1306) | 2864.64 | |
| 12/2009 Transfer from sub contract (1533) | 2855.68 | |
| 12/2009 Transfer from sub contract (1534) | 289.37 | |
| TOTAL TRANSACTIONS | | 6009.69 |
| BALANCE CARRIED FORWARD: | | -125499.69 |

All amounts printed in US Dollars

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



**EXHIBIT B**

11

# Royalty Statement



Page: 2
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

Account: TRIAGE RECORDS (000292)
Contract: TRIAGE RECORDS (255)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Source Config | Product Share | Deducted Amount | Royalty Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74115713552 - MORE 80'S HAIR METAL - V/A - 01355-2 ||||||||||||
| UNDER MY WHEELS - JOE ELLIOT, PHIL COLLEN, BOB KULICK ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 4 | 0.14 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 27 | 0.94 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 156 | 5.44 |
| | | | | | | | | | Total: | 187 | 6.52 |
| 74115714832 - WELCOME TO MY NIGHTMARE - SALUTE TO ALICE COOPER - V/A - 01483-2 ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 2 | 3.00 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 5 | 7.50 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 58 | 87.00 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 3 | 4.50 |
| | | | | | | | | | Total: | 68 | 102.00 |
| 741157167429 - THIS IS ROCK ANTHEMS - V/A - 01674-2 ||||||||||||
| NO MORE MR. NICE GUY - ROGER DALTREY, SLASH, MIKE INEZ, CARMINE APICE ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 11 | 0.49 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 12 | 0.53 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 15 | 0.66 |
| | | | | | | | | | Total: | 45 | 1.99 |
| 741157189520 - THIS IS STADIUM ANTHEMS - V/A - 01895-2 ||||||||||||
| SCHOOL'S OUT - DAVE MUSTAINE, MARTY FRIEDMAN ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 163 | 244.50 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 22 | 33.00 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | -205 | -307.50 |
| | | | | | | | | | Total: | -20 | -30.00 |
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 ||||||||||||
| NO MORE MR. NICE GUY - SLASH & ROGER DALTREY ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| COLD ETHYL - VIENCE NEIL, MICK MARS, BILLY SHEEHAN ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

# Royalty Statement

Page: 3
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: TRIAGE RECORDS (255)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 | | | | | | | | | | | | | |
| COLD ETHYL - VIENCE NEIL, MICK MARS, BILLY SHEEHAN | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 8 | 0.35 |
| ELECTED - STEVE JONES, BILLY DUFFY | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 4 | 0.18 |
| | | | | | | | | | | | Total: | 81 | 3.57 |
| 741157195422 - GUNS BOX ATTITUDE FOR DESTRUCTION - VARIOUS ARTISTS - 01954-2 | | | | | | | | | | | | | |
| NO MORE MR. NICE GUY - ROGER DALTREY, SLASH, MIKE INEZ, CARMINE APICE | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 3.570 | 0.00 | | 0.054 Per Unit | | 0.05355 | 31 | 1.66 |
| United States | 12/31/2009 | NORM | FP | CD | | 3.570 | 0.00 | | 0.054 Per Unit | | 0.05355 | 61 | 3.27 |
| United States | 12/31/2009 | NORM | FP | CD | | 3.570 | 0.00 | | 0.054 Per Unit | | 0.05355 | 94 | 5.03 |
| United States | 12/31/2009 | NORM | FP | CD | | 3.570 | 0.00 | | 0.054 Per Unit | | 0.05355 | 454 | 24.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 3.570 | 0.00 | | 0.054 Per Unit | | 0.05355 | 36 | 1.93 |
| | | | | | | | | | | | Total: | 676 | 36.20 |
| - GUITAR HEROS - ROCK OF THE 80'S - V/A - 02017-2 | | | | | | | | | | | | | |
| SCHOOL'S OUT - DAVE MUSTAINE | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 143 | 6.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | -35 | -1.54 |
| | | | | | | | | | | | Total: | 108 | 4.76 |
| - THIS IS MULLET ROCK - V/A - 03946-2 | | | | | | | | | | | | | |
| SCHOOLS OUT - DAVE MUSTAINE | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | | 3.440 | 0.00 | | 0.052 Per Unit | | 0.05160 | -56 | -2.89 |
| United States | 12/31/2009 | NORM | MP | CD | | 3.440 | 0.00 | | 0.052 Per Unit | | 0.05160 | 89 | 4.59 |
| | | | | | | | | | | | Total: | 33 | 1.70 |
| - THIS IS STADIUM ANTHEMS - V/A - 08631-2 | | | | | | | | | | | | | |
| SCHOOL'S OUT - DAVE MUSTAINE, MARTY FRIEDMAN | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | | 1.50000 | 42 | 63.00 |
| | | | | | | | | | | | Total: | 42 | 63.00 |
| - SCHOOL'S OUT - DAVE MUSTAINE, MARTY FRIEDMAN - USA370574063 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 Rec: | 0.13 | | 18.000 | | 2 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | 0.11 | | 18.000 | | 3 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | 2.19 | | 18.000 | | 3,113 | 0.39 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 1.33 | | 18.000 | | 149 | 0.24 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
13

# Royalty Statement

Page: 4
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: TRIAGE RECORDS (255)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - SCHOOL'S OUT - DAVE MUSTAINE, MARTY FRIEDMAN - USA370574063 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 1.44 | 18.000 | | 2 | 0.26 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.56 | 18.000 | | 36 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.04 | 18.000 | | 6 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.64 | 18.000 | | 2 | 0.12 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 1.44 | 18.000 | | 2 | 0.26 |
| | | | | | | | | | | | Total: | 3,315 | 1.42 |
| - School's Out - Various Artists - USA370935163 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.01 | 18.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.04 | 18.000 | | 58 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 0.58 | 18.000 | | 1 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.19 | 18.000 | | 13 | 0.03 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.09 | 18.000 | | 9 | 0.02 |
| | | | | | | | | | | | Total: | 82 | 0.16 |
| | | | | | | | | | | | Statement Total: | | 191.33 |

All amounts printed in US Dollars

**Distribution Channels:**
DIGI = DIGITAL DOWNLOAD
NORM = NORMAL RETAIL

**Price Categories:**
DIG = DIGITAL
FP = FULL PRICE
MP = MID PRICE

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
14

# Royalty Summary

Page: 1
Calculation Ref: 001813

**Payee:** TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA, CA 90403

**Company:** Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

**Account** TRIAGE RECORDS (000292)
**Contract** AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| | | |
|---|---|---|
| BALANCE BROUGHT FORWARD: | | 0.00 |
| COMPACT DISC | 106.77 | |
| DIGITAL DOWNLOAD | 2757.77 | |
| TOTAL ROYALTIES | | 2864.54 |
| 12/2009 Transfer to master contract | -2864.64 | |
| TOTAL TRANSACTIONS | | -2864.64 |
| BALANCE CARRIED FORWARD: | | -0.10 |

All amounts printed in US Dollars

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



Counterpoint Systems

record maestro

**EXHIBIT B**
15