# Royalty Statement

Page: 2
Calculation Ref: 001813



Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist Chan. | Price Cat. | Source Config | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74115713552 - MORE 80'S HAIR METAL - V/A - 01355-2 ||||||||||||
| BACK IN THE SADDLE - MARK SLAUGHTER, RUDY SARZO & FRANKIE BANALI ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 27 | 0.94 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 156 | 5.44 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 4 | 0.14 |
| | | | | | | | | | Total: | 187 | 6.52 |
| 74115714912 - THIS IS MULLET ROCK - V/A - 01491-2 ||||||||||||
| Sweet Emotion - Tommy Shaw (of Styx) ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | 15 | 0.77 |
| United States | 12/31/2009 | NORM | FP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | 20 | 1.03 |
| | | | | | | | | | Total: | 35 | 1.81 |
| 741157167429 - THIS IS ROCK ANTHEMS - V/A - 01674-2 ||||||||||||
| RAG DOLL - TED NUGENT ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 15 | 0.66 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 11 | 0.49 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 12 | 0.53 |
| DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 15 | 0.66 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 12 | 0.53 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 11 | 0.49 |
| SWEET EMOTION - JACK BLADES & TOMMY SHAW ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 12 | 0.53 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 15 | 0.66 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 11 | 0.49 |
| | | | | | | | | | Total: | 135 | 5.96 |
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 ||||||||||||
| DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| BACK IN THE SADDLE - ALBERT LEE ||||||||||||
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
16

## Royalty Statement

Page: 3
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Source Config | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 | | | | | | | | | | | |
| BACK IN THE SADDLE - ALBERT LEE | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| LAST CHILD - EARL SLICK | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| | | | | | | | | | Total: | 81 | 3.57 |
| 741157195422 - GUNS BOX ATTITUDE FOR DESTRUCTION - VARIOUS ARTISTS - 01954-2 | | | | | | | | | | | |
| TOYS IN THE ATTIC - V/A | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 3.570 | 0.00 | | 0.054 Per Unit | 0.05355 | 36 | 1.93 |
| United States | 12/31/2009 | NORM | FP | CD | 3.570 | 0.00 | | 0.054 Per Unit | 0.05355 | 31 | 1.66 |
| United States | 12/31/2009 | NORM | FP | CD | 3.570 | 0.00 | | 0.054 Per Unit | 0.05355 | 454 | 24.31 |
| United States | 12/31/2009 | NORM | FP | CD | 3.570 | 0.00 | | 0.054 Per Unit | 0.05355 | 94 | 5.03 |
| United States | 12/31/2009 | NORM | FP | CD | 3.570 | 0.00 | | 0.054 Per Unit | 0.05355 | 61 | 3.27 |
| | | | | | | | | | Total: | 676 | 36.20 |
| - 80'S MONSTER BALLADS - V/A - 03109-2 | | | | | | | | | | | |
| DREAM ON - RONNIE JAMES DIO | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 115 | 5.07 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 735 | 32.41 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 98 | 4.32 |
| | | | | | | | | | Total: | 948 | 41.81 |
| - THIS IS MULLET ROCK - V/A - 03946-2 | | | | | | | | | | | |
| Sweet Emotion - Tommy Shaw (of Styx) | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | -56 | -2.89 |
| United States | 12/31/2009 | NORM | MP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | 89 | 4.59 |
| RAG DOLL - TED NUGENT | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | 89 | 4.59 |
| United States | 12/31/2009 | NORM | MP | CD | 3.440 | 0.00 | | 0.052 Per Unit | 0.05160 | -56 | -2.89 |
| | | | | | | | | | Total: | 66 | 3.41 |
| 6649643402 - TRIBUTE TO AEROSMITH - V/A - 04340-2 | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 2 | 3.00 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
17

# Royalty Statement

Page: 4
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6649643402 - TRIBUTE TO AEROSMITH - V/A - 04340-2 | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | MP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 2 | 3.00 |
| United States | 12/31/2009 | NORM | MP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 1 | 1.50 |
| | | | | | | | | | | Total: | 5 | 7.50 |
| - DREAM ON - DIO / MALMSTEEN, STU HAMM - SR8132 | | | | | | | | | | | | |
| United States | 3/31/2006 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 68.29 | 50.000 | | 527 | 34.15 |
| United States | 6/30/2006 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 155.10 | 50.000 | | 1,776 | 77.55 |
| United States | 9/30/2006 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 150.22 | 50.000 | | 1,448 | 75.11 |
| United States | 12/31/2006 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 316.28 | 50.000 | | 2,489 | 158.14 |
| United States | 3/31/2007 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 453.82 | 50.000 | | 2,636 | 226.91 |
| United States | 6/30/2007 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 395.35 | 50.000 | | 3,272 | 197.68 |
| United States | 9/30/2007 | DIGI | DIG | DD | | 100.000 | 0.00 Rec: | 410.24 | 50.000 | | 2,853 | 205.12 |
| United States | 12/31/2007 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 0.22 | 50.000 | | 18 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 0.84 | 50.000 | | 1 | 0.42 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 6.71 | 50.000 | | 8 | 3.35 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.18 | 50.000 | | 10 | 0.09 |
| United States | 12/31/2007 | DIGI | DIG | DD | RealN | 100.000 | 0.00 Rec: | 6.61 | 50.000 | | 381 | 3.30 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 0.84 | 50.000 | | 1 | 0.42 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 Rec: | 7.57 | 50.000 | | 28 | 3.78 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 0.86 | 50.000 | | 1 | 0.43 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 5.91 | 50.000 | | 7 | 2.95 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 2.13 | 50.000 | | 3 | 1.07 |
| United States | 12/31/2007 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 Rec: | 1.16 | 50.000 | | 2 | 0.58 |
| United States | 12/31/2007 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 7.47 | 50.000 | | 647 | 3.74 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.14 | 50.000 | | 7 | 0.07 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 12.15 | 50.000 | | 19 | 6.07 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 4.01 | 50.000 | | 7 | 2.00 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 163.43 | 50.000 | | 280 | 81.71 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 0.84 | 50.000 | | 1 | 0.42 |
| United States | 12/31/2007 | DIGI | DIG | DD | Rucku | 100.000 | 0.00 Rec: | 0.42 | 50.000 | | 99 | 0.21 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 3.41 | 50.000 | | 4 | 1.70 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | 1.66 | 50.000 | | 2 | 0.83 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 16.39 | 50.000 | | 515 | 8.20 |
| United States | 12/31/2007 | DIGI | DIG | DD | Ztango | 100.000 | 0.00 Rec: | 66.07 | 50.000 | | 81 | 33.03 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.71 | 50.000 | | 61 | 0.36 |
| United States | 12/31/2007 | DIGI | DIG | DD | Sony | 100.000 | 0.00 Rec: | 1.16 | 50.000 | | 2 | 0.58 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
18

# Royalty Statement

Page: 5
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - DREAM ON - DIO / MALMSTEEN, STU HAMM - SR8132 | | | | | | | | | | | | | |
| United States | 3/31/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 12.45 | 50.000 | | 15 | 6.22 |
| United States | 3/31/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 10.20 | 50.000 | | 618 | 5.10 |
| United States | 3/31/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 14.06 | 50.000 | | 601 | 7.03 |
| United States | 3/31/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 14.27 | 50.000 | | 1,115 | 7.13 |
| United States | 3/31/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 154.08 | 50.000 | | 256 | 77.04 |
| United States | 3/31/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 2.66 | 50.000 | | 5 | 1.33 |
| United States | 3/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 6.25 | 50.000 | | 21 | 3.12 |
| United States | 6/30/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 3.87 | 50.000 | | 15 | 1.93 |
| United States | 6/30/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 6.06 | 50.000 | | 13 | 3.03 |
| United States | 6/30/2008 | DIGI | DIG | DD | Starzik | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 6/30/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 4.27 | 50.000 | | 14 | 2.14 |
| United States | 6/30/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 9.11 | 50.000 | | 318 | 4.56 |
| United States | 6/30/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 105.02 | 50.000 | | 173 | 52.51 |
| United States | 6/30/2008 | DIGI | DIG | DD | FNAC | 100.000 | 0.00 | Rec: | 10.15 | 50.000 | | 21 | 5.07 |
| United States | 6/30/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 7.39 | 50.000 | | 613 | 3.69 |
| United States | 6/30/2008 | DIGI | DIG | DD | Rucku | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 129 | 0.29 |
| United States | 6/30/2008 | DIGI | DIG | DD | Snoca | 100.000 | 0.00 | Rec: | 0.30 | 50.000 | | 204 | 0.15 |
| United States | 6/30/2008 | DIGI | DIG | DD | 7 | 100.000 | 0.00 | Rec: | 0.70 | 50.000 | | 1 | 0.35 |
| United States | 6/30/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 12.72 | 50.000 | | 850 | 6.36 |
| United States | 6/30/2008 | DIGI | DIG | DD | Rogers | 100.000 | 0.00 | Rec: | 10.02 | 50.000 | | 56 | 5.01 |
| United States | 6/30/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 16.60 | 50.000 | | 20 | 8.30 |
| United States | 9/30/2008 | DIGI | DIG | DD | Hutchi | 100.000 | 0.00 | Rec: | 2.42 | 50.000 | | 3 | 1.21 |
| United States | 9/30/2008 | DIGI | DIG | DD | Virgin | 100.000 | 0.00 | Rec: | 4.44 | 50.000 | | 6 | 2.22 |
| United States | 9/30/2008 | DIGI | DIG | DD | Rogers | 100.000 | 0.00 | Rec: | 22.95 | 50.000 | | 55 | 11.47 |
| United States | 9/30/2008 | DIGI | DIG | DD | Groov | 100.000 | 0.00 | Rec: | 1.74 | 50.000 | | 3 | 0.87 |
| United States | 9/30/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 2.74 | 50.000 | | 15 | 1.37 |
| United States | 9/30/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 2.73 | 50.000 | | 185 | 1.37 |
| United States | 9/30/2008 | DIGI | DIG | DD | FNAC | 100.000 | 0.00 | Rec: | 5.33 | 50.000 | | 11 | 2.66 |
| United States | 9/30/2008 | DIGI | DIG | DD | Rucku | 100.000 | 0.00 | Rec: | 0.13 | 50.000 | | 34 | 0.07 |
| United States | 9/30/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 7.50 | 50.000 | | 16 | 3.75 |
| United States | 9/30/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 6.83 | 50.000 | | 303 | 3.42 |
| United States | 9/30/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 3.55 | 50.000 | | 13 | 1.77 |
| United States | 9/30/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.47 | 50.000 | | 2 | 0.73 |
| United States | 9/30/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 81.78 | 50.000 | | 104 | 40.89 |
| United States | 9/30/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 111.15 | 50.000 | | 220 | 55.57 |
| United States | 9/30/2008 | DIGI | DIG | DD | Snoca | 100.000 | 0.00 | Rec: | 1.12 | 50.000 | | 792 | 0.56 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



**EXHIBIT B**
19

# Royalty Statement

*Page:* 6
*Calculation Ref:* 001813

**Payee:** TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

**Company:** Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

**Account:** TRIAGE RECORDS (000292)
**Contract:** AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config. | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **- DREAM ON - DIO / MALMSTEEN, STU HAMM - SR8132** | | | | | | | | | | | | | |
| United States | 9/30/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 8.69 | 50.000 | | 602 | 4.34 |
| United States | 12/31/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.03 | 50.000 | | 2 | 0.01 |
| United States | 12/31/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 5.64 | 50.000 | | 478 | 2.82 |
| United States | 12/31/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 4.25 | 50.000 | | 227 | 2.13 |
| United States | 12/31/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 3.44 | 50.000 | | 299 | 1.72 |
| United States | 12/31/2008 | DIGI | DIG | DD | Mix& | 100.000 | 0.00 | Rec: | 1.16 | 50.000 | | 2 | 0.58 |
| United States | 12/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 4.96 | 50.000 | | 18 | 2.48 |
| United States | 12/31/2008 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 0.53 | 50.000 | | 1 | 0.26 |
| United States | 12/31/2008 | DIGI | DIG | DD | Rogers | 100.000 | 0.00 | Rec: | 0.39 | 50.000 | | 2 | 0.20 |
| United States | 12/31/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 10.44 | 50.000 | | 36 | 5.22 |
| United States | 12/31/2008 | DIGI | DIG | DD | Amazo. | 100.000 | 0.00 | Rec: | 5.73 | 50.000 | | 12 | 2.86 |
| United States | 12/31/2008 | DIGI | DIG | DD | Hutchi | 100.000 | 0.00 | Rec: | 1.54 | 50.000 | | 2 | 0.77 |
| United States | 12/31/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 97.90 | 50.000 | | 162 | 48.95 |
| United States | 12/31/2008 | DIGI | DIG | DD | PassAl | 100.000 | 0.00 | Rec: | 1.62 | 50.000 | | 3 | 0.81 |
| United States | 12/31/2008 | DIGI | DIG | DD | Rucku | 100.000 | 0.00 | Rec: | 0.15 | 50.000 | | 39 | 0.07 |
| United States | 12/31/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 45.49 | 50.000 | | 63 | 22.75 |
| United States | 3/31/2009 | DIGI | DIG | DD | Snoca | 100.000 | 0.00 | Rec: | 0.27 | 50.000 | | 267 | 0.14 |
| | | | | | | | | | | | Total: | 26,223 | 1,554.92 |
| **- DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO - USA370680466** | | | | | | | | | | | | | |
| United States | 3/31/2007 | DIGI | DIG | DD | | 100.000 | 0.00 | Rec: | 191.10 | 50.000 | | 1,595 | 95.55 |
| United States | 6/30/2007 | DIGI | DIG | DD | | 100.000 | 0.00 | Rec: | 177.46 | 50.000 | | 1,770 | 88.73 |
| United States | 9/30/2007 | DIGI | DIG | DD | | 100.000 | 0.00 | Rec: | 189.55 | 50.000 | | 3,110 | 94.77 |
| United States | 12/31/2007 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 3.13 | 50.000 | | 248 | 1.57 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 1.96 | 50.000 | | 12 | 0.98 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 2.64 | 50.000 | | 12 | 1.32 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.44 | 50.000 | | 2 | 0.22 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 0.74 | 50.000 | | 1 | 0.37 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 2.90 | 50.000 | | 5 | 1.45 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.79 | 50.000 | | 34 | 0.40 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.48 | 50.000 | | 41 | 0.24 |
| United States | 12/31/2007 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.51 | 50.000 | | 8 | 0.26 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



**EXHIBIT B**
20