# Royalty Statement



Page: 7
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Royalty Price | Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO - USA370680466 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 16.53 | 50.000 | | | 421 | 8.26 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 40.00 | 50.000 | | | 148 | 20.00 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 47.89 | 50.000 | | | 82 | 23.95 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 0.44 | 50.000 | | | 2 | 0.22 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 0.66 | 50.000 | | | 3 | 0.33 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 0.22 | 50.000 | | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 0.22 | 50.000 | | | 1 | 0.11 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 4.17 | 50.000 | | | 5 | 2.08 |
| United States | 12/31/2007 | DIGI | DIG | DD | RealN | 100.000 | 0.00Rec: | 26.28 | 50.000 | | | 1,209 | 13.14 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 0.64 | 50.000 | | | 1 | 0.32 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 2.72 | 50.000 | | | 5 | 1.36 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 0.88 | 50.000 | | | 4 | 0.44 |
| United States | 12/31/2007 | DIGI | DIG | DD | eMusi | 100.000 | 0.00Rec: | 1.10 | 50.000 | | | 5 | 0.55 |
| United States | 12/31/2007 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 0.31 | 50.000 | | | 19 | 0.15 |
| United States | 12/31/2007 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 0.84 | 50.000 | | | 1 | 0.42 |
| United States | 3/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 61.76 | 50.000 | | | 205 | 30.88 |
| United States | 3/31/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00Rec: | 1.52 | 50.000 | | | 2 | 0.76 |
| United States | 3/31/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 19.02 | 50.000 | | | 1,174 | 9.51 |
| United States | 3/31/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 65.76 | 50.000 | | | 107 | 32.88 |
| United States | 3/31/2008 | DIGI | DIG | DD | Sony | 100.000 | 0.00Rec: | 0.58 | 50.000 | | | 1 | 0.29 |
| United States | 3/31/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 4.54 | 50.000 | | | 337 | 2.27 |
| United States | 3/31/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 3.49 | 50.000 | | | 6 | 1.74 |
| United States | 3/31/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 30.56 | 50.000 | | | 1,434 | 15.28 |
| United States | 6/30/2008 | DIGI | DIG | DD | Jamba | 100.000 | 0.00Rec: | 0.33 | 50.000 | | | 3 | 0.16 |
| United States | 6/30/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00Rec: | 0.71 | 50.000 | | | 1 | 0.35 |
| United States | 6/30/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 14.77 | 50.000 | | | 657 | 7.38 |
| United States | 6/30/2008 | DIGI | DIG | DD | Music | 100.000 | 0.00Rec: | 0.70 | 50.000 | | | 1 | 0.35 |
| United States | 6/30/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00Rec: | 1.46 | 50.000 | | | 24 | 0.73 |
| United States | 6/30/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 30.16 | 50.000 | | | 100 | 15.08 |
| United States | 6/30/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 2.86 | 50.000 | | | 200 | 1.43 |
| United States | 6/30/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 3.90 | 50.000 | | | 8 | 1.95 |
| United States | 6/30/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 46.00 | 50.000 | | | 71 | 23.00 |
| United States | 6/30/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 18.14 | 50.000 | | | 1,190 | 9.07 |
| United States | 9/30/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 6.22 | 50.000 | | | 12 | 3.11 |
| United States | 9/30/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 10.85 | 50.000 | | | 498 | 5.43 |
| United States | 9/30/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 53.80 | 50.000 | | | 98 | 26.90 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

## Royalty Statement

Page: 8
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1225 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO - USA370680466 | | | | | | | | | | | | |
| United States | 9/30/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 9.64 | 50.000 | 12 | 4.82 |
| United States | 9/30/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 4.67 | 50.000 | 189 | 2.33 |
| United States | 9/30/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 4.82 | 50.000 | 6 | 2.41 |
| United States | 9/30/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 31.57 | 50.000 | 115 | 15.79 |
| United States | 9/30/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 12.87 | 50.000 | 538 | 6.44 |
| United States | 9/30/2008 | DIGI | DIG | DD | Musiw | 100.000 | 0.00 | Rec: | 0.56 | 50.000 | 1 | 0.28 |
| United States | 9/30/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 7.79 | 50.000 | 40 | 3.90 |
| United States | 12/31/2008 | DIGI | DIG | DD | PassAl | 100.000 | 0.00 | Rec: | 0.54 | 50.000 | 1 | 0.27 |
| United States | 12/31/2008 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.78 | 50.000 | 67 | 0.39 |
| United States | 12/31/2008 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 6.72 | 50.000 | 15 | 3.36 |
| United States | 12/31/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 14.24 | 50.000 | 1,019 | 7.12 |
| United States | 12/31/2008 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 60.55 | 50.000 | 98 | 30.28 |
| United States | 12/31/2008 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | 1 | 0.01 |
| United States | 12/31/2008 | DIGI | DIG | DD | BELL | 100.000 | 0.00 | Rec: | 0.31 | 50.000 | 4 | 0.15 |
| United States | 12/31/2008 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 13.16 | 50.000 | 580 | 6.58 |
| United States | 12/31/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 7.22 | 50.000 | 10 | 3.61 |
| United States | 12/31/2008 | DIGI | DIG | DD | Rogers | 100.000 | 0.00 | Rec: | 0.74 | 50.000 | 1 | 0.37 |
| United States | 12/31/2008 | DIGI | DIG | DD | Musiw | 100.000 | 0.00 | Rec: | 2.29 | 50.000 | 3 | 1.15 |
| United States | 12/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 20.34 | 50.000 | 75 | 10.17 |
| United States | 12/31/2008 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.52 | 50.000 | 11 | 0.76 |
| United States | 3/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 9.36 | 50.000 | 358 | 4.68 |
| United States | 3/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.36 | 50.000 | 63 | 0.18 |
| United States | 3/31/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 1.42 | 50.000 | 3 | 0.71 |
| United States | 3/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | 1 | 0.36 |
| United States | 3/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 2.49 | 50.000 | 6 | 1.25 |
| United States | 3/31/2009 | DIGI | DIG | DD | Mobe | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | 12 | 0.01 |
| United States | 3/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.86 | 50.000 | 4 | 0.43 |
| United States | 3/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.28 | 50.000 | 1 | 0.14 |
| United States | 3/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 19.22 | 50.000 | 30 | 9.61 |
| United States | 3/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.69 | 50.000 | 62 | 0.34 |
| United States | 6/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 4.47 | 50.000 | 6 | 2.23 |
| United States | 6/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.51 | 50.000 | 2 | 0.76 |
| United States | 6/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.24 | 50.000 | 26 | 0.12 |
| United States | 6/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 2.03 | 50.000 | 106 | 1.02 |
| United States | 6/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 3.61 | 50.000 | 5 | 1.81 |
| United States | 6/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.12 | 50.000 | 24 | 0.06 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



Counterpoint Systems

record maestro

**EXHIBIT B**
22

# Royalty Statement

Page: 9
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA, CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **- DREAM ON - YNGWIE MALMSTEEN & RONNIE JAMES DIO - USA370680466** | | | | | | | | | | | | | |
| United States | 6/30/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.15 | 50.000 | | 5 | 0.08 |
| United States | 9/30/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 1.66 | 50.000 | | 2,173 | 0.83 |
| United States | 9/30/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 1.71 | 50.000 | | 16 | 0.86 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.39 | 50.000 | | 2 | 0.19 |
| United States | 9/30/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 1.74 | 50.000 | | 3 | 0.87 |
| United States | 9/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 1.68 | 50.000 | | 63 | 0.84 |
| United States | 9/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.10 | 50.000 | | 10 | 0.05 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 2.59 | 50.000 | | 110 | 1.30 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 6.81 | 50.000 | | 9 | 3.41 |
| United States | 9/30/2009 | DIGI | DIG | DD | Musiw | 100.000 | 0.00 | Rec: | 2.03 | 50.000 | | 3 | 1.01 |
| United States | 9/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.48 | 50.000 | | 12 | 0.74 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.33 | 50.000 | | 48 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Limew | 100.000 | 0.00 | Rec: | 0.75 | 50.000 | | 1 | 0.38 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 2.96 | 50.000 | | 2,856 | 1.48 |
| United States | 12/31/2009 | DIGI | DIG | DD | Pocket | 100.000 | 0.00 | Rec: | 0.93 | 50.000 | | 2 | 0.47 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 7 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.07 | 50.000 | | 7 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 2.31 | 50.000 | | 3 | 1.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.20 | 50.000 | | 3 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 2.50 | 50.000 | | 70 | 1.25 |
| United States | 12/31/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 0.08 | 50.000 | | 1 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 2.00 | 50.000 | | 15 | 1.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.66 | 50.000 | | 1 | 0.33 |
| United States | 12/31/2009 | DIGI | DIG | DD | Sony | 100.000 | 0.00 | Rec: | 6.19 | 50.000 | | 11 | 3.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.42 | 50.000 | | 2 | 0.21 |
| | | | | | | | | | | | Total: | 23,809 | 690.54 |
| **- Rag Doll - Various Artists - USA560619924** | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.41 | 50.000 | | 25 | 0.20 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 1 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.06 | 50.000 | | 109 | 0.03 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 6 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 2 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.32 | 50.000 | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
23

# Royalty Statement



Page: 10
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - Rag Doll - Various Artists - USA560619924 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 0.72 | 50.000 | | | 1 | 0.36 |
| | | | | | | | | | | | Total: | 146 | 0.81 |
| - Sweet Emotion - Various Artists - USA560619929 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 0.07 | 50.000 | | | 13 | 0.03 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 1.10 | 50.000 | | | 2 | 0.55 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00Rec: | 0.04 | 50.000 | | | 1 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00Rec: | 0.21 | 50.000 | | | 169 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 0.03 | 50.000 | | | 2 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00Rec: | 0.01 | 50.000 | | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 0.32 | 50.000 | | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 0.72 | 50.000 | | | 1 | 0.36 |
| | | | | | | | | | | | Total: | 190 | 1.25 |
| - Dream On feat. Yngwie Malmsteen & Ronnie James Dio - Various Artists - USA560623821 | | | | | | | | | | | | | |
| United States | 3/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00Rec: | 0.05 | 50.000 | | | 1 | 0.03 |
| United States | 3/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 2.16 | 50.000 | | | 3 | 1.08 |
| United States | 3/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.02 | 50.000 | | | 2 | 0.01 |
| United States | 3/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 12.23 | 50.000 | | | 25 | 6.12 |
| United States | 3/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 2.09 | 50.000 | | | 98 | 1.04 |
| United States | 3/31/2009 | DIGI | DIG | DD | Snoca | 100.000 | 0.00Rec: | 0.06 | 50.000 | | | 53 | 0.03 |
| United States | 3/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 3.93 | 50.000 | | | 16 | 1.97 |
| United States | 3/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 77.55 | 50.000 | | | 129 | 38.77 |
| United States | 3/31/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00Rec: | 1.91 | 50.000 | | | 4 | 0.95 |
| United States | 3/31/2009 | DIGI | DIG | DD | Groov | 100.000 | 0.00Rec: | 1.16 | 50.000 | | | 2 | 0.58 |
| United States | 3/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 2.03 | 50.000 | | | 148 | 1.01 |
| United States | 6/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 103.91 | 50.000 | | | 170 | 51.96 |
| United States | 6/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 7.76 | 50.000 | | | 28 | 3.88 |
| United States | 6/30/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00Rec: | 1.62 | 50.000 | | | 6 | 0.81 |
| United States | 6/30/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00Rec: | 0.23 | 50.000 | | | 56 | 0.11 |
| United States | 6/30/2009 | DIGI | DIG | DD | BELL | 100.000 | 0.00Rec: | 0.76 | 50.000 | | | 12 | 0.38 |
| United States | 6/30/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00Rec: | 0.07 | 50.000 | | | 1 | 0.04 |
| United States | 6/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 2.59 | 50.000 | | | 164 | 1.30 |
| United States | 6/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 1.44 | 50.000 | | | 2 | 0.72 |
| United States | 6/30/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00Rec: | 5.21 | 50.000 | | | 10 | 2.61 |
| United States | 6/30/2009 | DIGI | DIG | DD | Sony | 100.000 | 0.00Rec: | 0.53 | 50.000 | | | 1 | 0.27 |
| United States | 6/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00Rec: | 0.68 | 50.000 | | | 1 | 0.34 |
| United States | 6/30/2009 | DIGI | DIG | DD | Mobil | 100.000 | 0.00Rec: | 0.05 | 50.000 | | | 2 | 0.02 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

# Royalty Statement

Page: 11
Calculation Ref: 001813

| Payee: | TRIAGE RECORDS | Company: | Cleopatra Records, Inc. |
| --- | --- | --- | --- |
| | 1223 WILSHIRE BLVD # 815 | | 11041 Santa Monica Blvd #703 |
| | SANTA MONICA CA 90403 | | Los Angeles CA 90025 |



Account: TRIAGE RECORDS (000292)
Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| - Dream On feat. Yngwie Malmsteen & Ronnie James Dio - Various Artists - USA560623821 | | | | | | | | | | | | | |
| United States | 6/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 1.73 | 50.000 | | 111 | 0.86 |
| United States | 9/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.07 | 50.000 | | 11 | 0.03 |
| United States | 9/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 1.70 | 50.000 | | 205 | 0.85 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 82.32 | 50.000 | | 128 | 41.16 |
| United States | 9/30/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 4.87 | 50.000 | | 13,569 | 2.44 |
| United States | 9/30/2009 | DIGI | DIG | DD | BELL | 100.000 | 0.00 | Rec: | 5.80 | 50.000 | | 78 | 2.90 |
| United States | 9/30/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 0.52 | 50.000 | | 111 | 0.26 |
| United States | 9/30/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.14 | 50.000 | | 4 | 0.07 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 1.69 | 50.000 | | 97 | 0.84 |
| United States | 9/30/2009 | DIGI | DIG | DD | Thum | 100.000 | 0.00 | Rec: | 0.46 | 50.000 | | 1 | 0.23 |
| United States | 9/30/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 0.07 | 50.000 | | 1 | 0.03 |
| United States | 9/30/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 11.36 | 50.000 | | 20 | 5.68 |
| United States | 9/30/2009 | DIGI | DIG | DD | Groov | 100.000 | 0.00 | Rec: | 1.16 | 50.000 | | 2 | 0.58 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.95 | 50.000 | | 4 | 0.48 |
| United States | 9/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 9/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.06 | 50.000 | | 3 | 0.53 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 64.57 | 50.000 | | 98 | 32.28 |
| United States | 12/31/2009 | DIGI | DIG | DD | BELL | 100.000 | 0.00 | Rec: | 0.78 | 50.000 | | 9 | 0.39 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.07 | 50.000 | | 11 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.06 | 50.000 | | 3 | 0.03 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.08 | 50.000 | | 8 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Groov | 100.000 | 0.00 | Rec: | 1.16 | 50.000 | | 2 | 0.58 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 7 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.55 | 50.000 | | 34 | 0.28 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 1.67 | 50.000 | | 6 | 0.84 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 1.11 | 50.000 | | 8 | 0.55 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 6.13 | 50.000 | | 10 | 3.07 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 12.92 | 50.000 | | 14,985 | 6.46 |
| United States | 12/31/2009 | DIGI | DIG | DD | Secury | 100.000 | 0.00 | Rec: | 1.54 | 50.000 | | 2 | 0.77 |
| United States | 12/31/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 1.44 | 50.000 | | 217 | 0.72 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 1.98 | 50.000 | | 187 | 0.99 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 2.17 | 50.000 | | 3 | 1.08 |
| | | | | | | | | | | | Total: | 30,870 | 219.47 |
| - DREAM ON - RONNIE JAMES DIO, YNGWIE MALMSTEEN - USA560858897 | | | | | | | | | | | | | |
| United States | 12/31/2008 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 12/31/2008 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 2 | 0.01 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
25