# Royalty Statement

Page: 12
Calculation Ref. 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA  CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)

Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **- DREAM ON - RONNIE JAMES DIO, YNGWIE MALMSTEEN - USA560858897** | | | | | | | | | | | | | |
| United States | 12/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 3.19 | 50.000 | | 11 | 1.59 |
| United States | 3/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.01 |
| United States | 3/31/2009 | DIGI | DIG | DD | Mobe | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 16 | 0.01 |
| United States | 3/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 1.11 | 50.000 | | 100 | 0.56 |
| United States | 3/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 2.96 | 50.000 | | 11 | 1.48 |
| United States | 3/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.26 | 50.000 | | 23 | 0.13 |
| United States | 3/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 3/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 6/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.73 | 50.000 | | 3 | 0.37 |
| United States | 6/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.03 | 50.000 | | 4 | 0.01 |
| United States | 6/30/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 3 | 0.01 |
| United States | 6/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.19 | 50.000 | | 15 | 0.10 |
| United States | 6/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.65 | 50.000 | | 72 | 0.32 |
| United States | 6/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 6.61 | 50.000 | | 11 | 3.30 |
| United States | 6/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.33 | 50.000 | | 3 | 0.17 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.71 | 50.000 | | 37 | 0.35 |
| United States | 9/30/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.37 | 50.000 | | 852 | 0.18 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 1.41 | 50.000 | | 2 | 0.71 |
| United States | 9/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.96 | 50.000 | | 10 | 0.98 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.20 | 50.000 | | 1 | 0.10 |
| United States | 9/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.20 | 50.000 | | 36 | 0.10 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.51 | 50.000 | | 51 | 0.25 |
| United States | 9/30/2009 | DIGI | DIG | DD | Pure | 100.000 | 0.00 | Rec: | 0.39 | 50.000 | | 1 | 0.20 |
| United States | 9/30/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.63 | 50.000 | | 1 | 0.31 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 1.20 | 50.000 | | 620 | 0.60 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.10 | 50.000 | | 19 | 0.05 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.73 | 50.000 | | 20 | 0.37 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.05 | 50.000 | | 7 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.15 | 50.000 | | 6 | 0.07 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| | | | | | | | | | | | Total: | 1,943 | 13.95 |
| **- DREAM ON - RONNIE JAMES DIO - USA560873581** | | | | | | | | | | | | | |
| United States | 12/31/2008 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 8.41 | 50.000 | | 29 | 4.20 |
| United States | 3/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 3/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 2.15 | 50.000 | | 61 | 1.07 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)


Counterpoint Systems

record maestro

**EXHIBIT B**

26

# Royalty Statement



Page: 13
Calculation Ref. 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA  CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

Account: TRIAGE RECORDS (000292)

Contract: AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - DREAM ON - RONNIE JAMES DIO - USA560873581 | | | | | | | | | | | | | |
| United States | 3/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 34.25 | 50.000 | | 57 | 17.13 |
| United States | 3/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 12.34 | 50.000 | | 46 | 6.17 |
| United States | 3/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 3/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 1.57 | 50.000 | | 90 | 0.79 |
| United States | 3/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.16 | 50.000 | | 35 | 0.08 |
| United States | 6/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 60.24 | 50.000 | | 103 | 30.12 |
| United States | 6/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 5.14 | 50.000 | | 204 | 2.57 |
| United States | 6/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 1.68 | 50.000 | | 9 | 0.84 |
| United States | 6/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 1.44 | 50.000 | | 2 | 0.72 |
| United States | 6/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.43 | 50.000 | | 47 | 0.21 |
| United States | 6/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.12 | 50.000 | | 23 | 0.06 |
| United States | 6/30/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 2 | 0.01 |
| United States | 6/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.22 | 50.000 | | 2 | 0.11 |
| United States | 6/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 1.13 | 50.000 | | 117 | 0.57 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 120.90 | 50.000 | | 206 | 60.45 |
| United States | 9/30/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 12.97 | 50.000 | | 33,253 | 6.48 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 5.72 | 50.000 | | 277 | 2.86 |
| United States | 9/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 2.89 | 50.000 | | 4 | 1.44 |
| United States | 9/30/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 9/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.39 | 50.000 | | 68 | 0.20 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.39 | 50.000 | | 2 | 0.19 |
| United States | 9/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.03 | 50.000 | | 5 | 0.01 |
| United States | 9/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 3.79 | 50.000 | | 42 | 1.90 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.35 | 50.000 | | 67 | 0.17 |
| United States | 12/31/2009 | DIGI | DIG | DD | Pocket | 100.000 | 0.00 | Rec: | 0.49 | 50.000 | | 1 | 0.24 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.07 | 50.000 | | 13 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 3 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.20 | 50.000 | | 3 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | Limew | 100.000 | 0.00 | Rec: | 0.75 | 50.000 | | 1 | 0.38 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 88.94 | 50.000 | | 152 | 44.47 |
| United States | 12/31/2009 | DIGI | DIG | DD | Pure | 100.000 | 0.00 | Rec: | 0.44 | 50.000 | | 1 | 0.22 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 2.28 | 50.000 | | 156 | 1.14 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 63.49 | 50.000 | | 75,629 | 31.74 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

# Royalty Statement

Payee:    TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA  CA 90403

Company:    Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account    TRIAGE RECORDS (000292)

Contract    AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - DREAM ON - RONNIE JAMES DIO - USA560873581 | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 5.05 | 50.000 | | 7 | 2.53 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 0.72 | 50.000 | | 71 | 0.36 |
| | | | | | | | | | | Total: | 110,794 | 220.82 |
| - DREAM ON - RONNIE JAMES DIO, YNGWIE MALMSTEEM - USA560873975 | | | | | | | | | | | | |
| United States | 3/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 2.19 | 50.000 | | 148 | 1.09 |
| United States | 3/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 15.71 | 50.000 | | 27 | 7.86 |
| United States | 3/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 3.61 | 50.000 | | 71 | 1.80 |
| United States | 6/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 16.23 | 50.000 | | 27 | 8.12 |
| United States | 6/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 2.54 | 50.000 | | 143 | 1.27 |
| United States | 6/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 1.07 | 50.000 | | 119 | 0.54 |
| United States | 6/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.04 | 50.000 | | 6 | 0.02 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 2.43 | 50.000 | | 153 | 1.22 |
| United States | 9/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.02 | 50.000 | | 4 | 0.01 |
| United States | 9/30/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00Rec: | 0.61 | 50.000 | | 8 | 0.30 |
| United States | 9/30/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 1.44 | 50.000 | | 2 | 0.72 |
| United States | 9/30/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 0.07 | 50.000 | | 13 | 0.04 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 3.73 | 50.000 | | 318 | 1.87 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00Rec: | 0.50 | 50.000 | | 6 | 0.25 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | Pocket | 100.000 | 0.00Rec: | 0.45 | 50.000 | | 1 | 0.22 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 0.54 | 50.000 | | 37 | 0.27 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00Rec: | 0.29 | 50.000 | | 363 | 0.15 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00Rec: | 0.07 | 50.000 | | 14 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 0.41 | 50.000 | | 40 | 0.20 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| | | | | | | | | | | Total: | 1,502 | 26.34 |
| - Dream On - Various Artists - USA560969116 | | | | | | | | | | | | |
| United States | 6/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 0.55 | 50.000 | | 2 | 0.28 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 0.11 | 50.000 | | 5 | 0.06 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 0.28 | 50.000 | | 27 | 0.14 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00Rec: | 1.16 | 50.000 | | 2 | 0.58 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00Rec: | 1.13 | 50.000 | | 4 | 0.57 |
| United States | 9/30/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00Rec: | 0.19 | 50.000 | | 19 | 0.10 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00Rec: | 0.16 | 50.000 | | 8 | 0.08 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)


Counterpoint
Systems

record maestro

**EXHIBIT B**
28

# Royalty Statement



| Payee: | TRIAGE RECORDS | Company: | Cleopatra Records, Inc. |
|---|---|---|---|
| | 1223 WILSHIRE BLVD # 815 | | 11041 Santa Monica Blvd #703 |
| | SANTA MONICA  CA 90403 | | Los Angeles CA 90025 |

Account      TRIAGE RECORDS (000292)

Contract     AEROSMITH TRIBUTE (255/1306)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **- Dream On - Various Artists - USA560969116** | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.16 | 50.000 | | 1 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.41 | 50.000 | | 426 | 0.20 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 | Rec: | 0.58 | 50.000 | | 1 | 0.29 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 1.74 | 50.000 | | 3 | 0.87 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 0.13 | 50.000 | | 2 | 0.07 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| | | | | | | | | | | | Total: | 503 | 3.32 |
| **- Dream On - Various Artists - USA560969164** | | | | | | | | | | | | | |
| United States | 6/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.55 | 50.000 | | 2 | 0.28 |
| United States | 9/30/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.02 | 50.000 | | 37 | 0.01 |
| United States | 9/30/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 1.73 | 50.000 | | 61 | 0.86 |
| United States | 9/30/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 19.13 | 50.000 | | 33 | 9.56 |
| United States | 9/30/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 1.36 | 50.000 | | 37 | 0.68 |
| United States | 9/30/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 5.95 | 50.000 | | 21 | 2.98 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.18 | 50.000 | | 35 | 0.09 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 | Rec: | 0.92 | 50.000 | | 883 | 0.46 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 18.54 | 50.000 | | 32 | 9.27 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 | Rec: | 1.16 | 50.000 | | 12 | 0.58 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 1.53 | 50.000 | | 7 | 0.76 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 | Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.31 | 50.000 | | 30 | 0.15 |
| United States | 12/31/2009 | DIGI | DIG | DD | Isla | 100.000 | 0.00 | Rec: | 0.03 | 50.000 | | 5 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.53 | 50.000 | | 35 | 0.27 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 6 | 0.02 |
| | | | | | | | | | | | Total: | 1,237 | 26.35 |
| | | | | | | | | | | | Statement Total: | | 2,864.54 |

MINIMUM PAYOUT ~ U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)


Counterpoint Systems

recordmaestro

# Royalty Statement

*Page:* 16
*Calculation Ref:* 001813

Payee:   TRIAGE RECORDS
        1223 WILSHIRE BLVD # 815
        SANTA MONICA CA 90403

Company:   Cleopatra Records, Inc.
           11041 Santa Monica Blvd #703
           Los Angeles CA 90025



Account   TRIAGE RECORDS (000292)

Contract   AEROSMITH TRIBUTE (255/1306)

## FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share: | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

All amounts printed in US Dollars

**Distribution Channels:**
  DIGI = DIGITAL DOWNLOAD
  NORM = NORMAL RETAIL

**Price Categories:**
  DIG = DIGITAL
  FP = FULL PRICE
  MP = MID PRICE

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)


Counterpoint Systems

record maestro

## EXHIBIT B
30