## Royalty Summary

Page: 1
Calculation Ref. 001813

**Payee:** TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

**Company:** Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025

**Account:** TRIAGE RECORDS (000292)
**Contract:** OZZY TRIBUTE (255/1533)

FOR PERIOD OCT 2009 TO DEC 2009

| | | |
|---|---:|---:|
| BALANCE BROUGHT FORWARD: | | 0.00 |
| COMPACT DISC | 247.94 | |
| DIGITAL DOWNLOAD | 3.75 | |
| TOTAL ROYALTIES | | 251.69 |
| 12/2009 OZZY TRIB: U.K. (STORE 4 MUSIC) 50% | 2604.00 | |
| 12/2009 Transfer to master contract | -2855.68 | |
| TOTAL TRANSACTIONS | | -251.68 |
| BALANCE CARRIED FORWARD: | | 0.01 |

All amounts printed in US Dollars

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

## Royalty Statement

Page: 2
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: OZZY TRIBUTE (255/1533)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source Share | Product Amount | Deducted Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - BAt Head Soup - VÊVA: A Tribute To Ozzy - 00889-2 | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 2 | 3.00 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 8 | 12.00 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | -38 | -57.00 |
| | | | | | | | | | Total: | -28 | -42.00 |
| 74115713552 - MORE 80'S HAIR METAL - V/A - 01355-2 | | | | | | | | | | | |
| MR. CROWLEY - MALMSTEEN, BOGERT, ALDRIDGE, SHERINIAN | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 156 | 5.44 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 27 | 0.94 |
| United States | 12/31/2009 | NORM | FP | CD | 2.325 | 0.00 | | 0.035 Per Unit | 0.03488 | 4 | 0.14 |
| | | | | | | | | | Total: | 187 | 6.52 |
| 741157167429 - THIS IS ROCK ANTHEMS - V/A - 01674-2 | | | | | | | | | | | |
| CRAZY TRAIN - DEE SNIDER | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 11 | 0.49 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 15 | 0.66 |
| United States | 12/31/2009 | NORM | FP | CD | 2.941 | 0.00 | | 0.044 Per Unit | 0.04412 | 12 | 0.53 |
| | | | | | | | | | Total: | 45 | 1.99 |
| 741157189520 - THIS IS STADIUM ANTHEMS - V/A - 01895-2 | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 163 | 244.50 |
| United States | 12/31/2009 | NORM | FP | CD | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 22 | 33.00 |
| CRAZY TRAIN - DEE SNIDER/ DOUG ALDRICH/ JASON BONHAM | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.770 | 0.00 | | 0.042 Per Unit | 0.04155 | 163 | 6.77 |
| United States | 12/31/2009 | NORM | FP | CD | 2.770 | 0.00 | | 0.042 Per Unit | 0.04155 | 22 | 0.91 |
| United States | 12/31/2009 | NORM | FP | CD | 2.770 | 0.00 | | 0.042 Per Unit | 0.04155 | -205 | -8.52 |
| | | | | | | | | | Total: | 165 | 276.67 |
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 | | | | | | | | | | | |
| GO TO HELL - DEE SNYDER, ZAKK WYLDE | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| I DON'T KNOW - JACK BLADES/ REB BEACH | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
32

# Royalty Statement

*Page:* 3
*Calculation Ref:* 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: OZZY TRIBUTE (255/1533)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 | | | | | | | | | | | | | |
| I DON'T KNOW - JACK BLADES/ REB BEACH | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 7 | 0.31 |
| CHILDREN OF THE GRAVE - PAUL GILBERT | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 6 | 0.26 |
| SHOT IN THE DARK - BRUCE KULICK | | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 4 | 0.18 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | | 0.04410 | 7 | 0.31 |
| | | | | | | | | | | | Total: | 108 | 4.76 |
| - MR. CROWLEY - 'TIM "RIPPER" OWENS/ YNGWIE MALMSTEEN - USA370581149 | | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 | Rec: | 0.16 | 50.000 | | 4 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | deezer | 100.000 | 0.00 | Rec: | 0.11 | 50.000 | | 16 | 0.05 |
| United States | 12/31/2009 | DIGI | DIG | DD | Music | 100.000 | 0.00 | Rec: | 0.15 | 50.000 | | 2 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 | Rec: | 0.15 | 50.000 | | 7 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 | Rec: | 0.04 | 50.000 | | 5 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 | Rec: | 0.01 | 50.000 | | 1 | 0.00 |
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 | Rec: | 5.94 | 50.000 | | 10 | 2.97 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 | Rec: | 0.61 | 50.000 | | 3 | 0.31 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 | Rec: | 0.33 | 50.000 | | 32 | 0.16 |
| | | | | | | | | | | | Total: | 80 | 3.75 |
| | | | | | | | | | | | Statement Total: | | 251.69 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

## Royalty Statement

Page: 4
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: OZZY TRIBUTE (255/1533)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

All amounts printed in US Dollars

**Distribution Channels:**
DIGI = DIGITAL DOWNLOAD
NORM = NORMAL RETAIL

**Price Categories:**
DIG = DIGITAL
FP = FULL PRICE

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



**EXHIBIT B**
34

# Royalty Summary

Page: 1
Calculation Ref: 001813

Payee: TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: METALLIC ASSAULT - METALLICA TRIB. (255/1534)

FOR PERIOD OCT 2009 TO DEC 2009

| | | |
|---|---:|---:|
| BALANCE BROUGHT FORWARD: | | 0.00 |
| COMPACT DISC | 272.69 | |
| DIGITAL DOWNLOAD | 16.68 | |
| TOTAL ROYALTIES | | 289.37 |
| 12/2009 Transfer to master contract | -289.37 | |
| TOTAL TRANSACTIONS | | -289.37 |
| BALANCE CARRIED FORWARD: | | 0.00 |

All amounts printed in US Dollars

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



Counterpoint Systems

record maestro