# Royalty Statement

Page: 2
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account:    TRIAGE RECORDS (000292)
Contract:   METALLIC ASSAULT - METALLICA TRIB. (255/1534)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 | | | | | | | | | | | | |
| SEEK & DESTROY - CHUCK BILLY & JAKE E. LEE | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| | | | | | | | | | | Total: | 27 | 1.19 |
| - METALLIC ASSAULT - TRIB. - METALLIC ASSAULT - 04050-2 | | | | | | | | | | | | |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 27 | 40.50 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 14 | 21.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 58 | 87.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 60 | 90.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 22 | 33.00 |
| | | | | | | | | | | Total: | 181 | 271.50 |
| - THE UNFORGIVEN - V/A - USA370567594 | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 Rec: | 0.32 | 50.000 | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Jamba | 100.000 | 0.00 Rec: | 2.65 | 50.000 | | 5 | 1.32 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.66 | 50.000 | | 44 | 0.33 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | 2.77 | 50.000 | | 4,866 | 1.38 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 Rec: | 0.18 | 50.000 | | 2 | 0.09 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | 0.38 | 50.000 | | 56 | 0.19 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | 0.08 | 50.000 | | 2 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 1.17 | 50.000 | | 109 | 0.58 |
| | | | | | | | | | | Total: | 5,086 | 4.47 |
| - WHIPLASH - V/A - USA370567597 | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.03 | 50.000 | | 5 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | 0.32 | 50.000 | | 47 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | 0.45 | 50.000 | | 637 | 0.23 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 Rec: | 0.52 | 50.000 | | 1 | 0.26 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 0.40 | 50.000 | | 76 | 0.20 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | 0.08 | 50.000 | | 2 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Jamba | 100.000 | 0.00 Rec: | 0.16 | 50.000 | | 1 | 0.08 |
| | | | | | | | | | | Total: | 769 | 0.98 |
| - NOTHING ELSE MATTERS - JON OLIVIA, LEMMY, BOB BALCH, GREGG BISSONETTE - USA370567598 | | | | | | | | | | | | |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 1.00 | 50.000 | | 83 | 0.50 |

MINIMUM PAYOUT - U.S. = $50.00  ALL OTHERS - $100.00
(Balance Forward)



record maestro

# Royalty Statement

Page: 2
Calculation Ref: 001813

**Payee:** TRIAGE RECORDS
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

**Company:** Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



**Account:** TRIAGE RECORDS (000292)
**Contract:** METALLIC ASSAULT - METALLICA TRIB. (255/1534)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 741157191721 - THIS IS GUITAR GODS - VARIOUS ARTIST - 01917-2 ||||||||||||| 
| SEEK & DESTROY - CHUCK BILLY & JAKE E. LEE ||||||||||||| 
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 7 | 0.31 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 8 | 0.35 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 2 | 0.09 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 6 | 0.26 |
| United States | 12/31/2009 | NORM | FP | CD | | 2.940 | 0.00 | | 0.044 Per Unit | 0.04410 | 4 | 0.18 |
| | | | | | | | | | | Total: | 27 | 1.19 |
| - METALLIC ASSAULT - TRIB. - METALLIC ASSAULT - 04050-2 ||||||||||||| 
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 27 | 40.50 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 14 | 21.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 58 | 87.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 60 | 90.00 |
| United States | 12/31/2009 | NORM | FP | CD | | 100.000 | 0.00 | | 1.500 Per Unit | 1.50000 | 22 | 33.00 |
| | | | | | | | | | | Total: | 181 | 271.50 |
| - THE UNFORGIVEN - V/A - USA370567594 ||||||||||||| 
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 Rec: | 0.32 | 50.000 | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Jamba | 100.000 | 0.00 Rec: | 2.65 | 50.000 | | 5 | 1.32 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.66 | 50.000 | | 44 | 0.33 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | 2.77 | 50.000 | | 4,866 | 1.38 |
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 Rec: | 0.72 | 50.000 | | 1 | 0.36 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 Rec: | 0.18 | 50.000 | | 2 | 0.09 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | 0.38 | 50.000 | | 56 | 0.19 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | 0.08 | 50.000 | | 2 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 1.17 | 50.000 | | 109 | 0.58 |
| | | | | | | | | | | Total: | 5,086 | 4.47 |
| - WHIPLASH - V/A - USA370567597 ||||||||||||| 
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | 0.03 | 50.000 | | 5 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | 0.32 | 50.000 | | 47 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | 0.45 | 50.000 | | 637 | 0.23 |
| United States | 12/31/2009 | DIGI | DIG | DD | Amazo | 100.000 | 0.00 Rec: | 0.52 | 50.000 | | 1 | 0.26 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 0.40 | 50.000 | | 76 | 0.20 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | 0.08 | 50.000 | | 2 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | Jamba | 100.000 | 0.00 Rec: | 0.16 | 50.000 | | 1 | 0.08 |
| | | | | | | | | | | Total: | 769 | 0.98 |
| - NOTHING ELSE MATTERS - JON OLIVIA, LEMMY, BOB BALCH, GREGG BISSONETTE - USA370567598 ||||||||||||| 
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | 1.00 | 50.000 | | 83 | 0.50 |

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



Counterpoint Systems

record maestro

**EXHIBIT B**
37

## Royalty Statement

Page: 3
Calculation Ref: 001813

Payee: **TRIAGE RECORDS**
1223 WILSHIRE BLVD # 815
SANTA MONICA CA 90403

Company: Cleopatra Records, Inc.
11041 Santa Monica Blvd #703
Los Angeles CA 90025



Account: TRIAGE RECORDS (000292)
Contract: METALLIC ASSAULT - METALLICA TRIB. (255/1534)

FOR PERIOD OCT 2009 TO DEC 2009

| Territory | Sale Date | Dist. Chan. | Price Cat. | Config | Source | Product Share | Deducted Amount | Price | Royalty Rate | Sales % | Unit Rate | Units | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - NOTHING ELSE MATTERS - JON OLIVIA, LEMMY, BOB BALCH, GREGG BISSONETTE - USA370567598 |||||||||||||| 
| United States | 12/31/2009 | DIGI | DIG | DD | Verizo | 100.000 | 0.00 Rec: | | 4.33 | 50.000 | | 6 | 2.17 |
| United States | 12/31/2009 | DIGI | DIG | DD | OD2 | 100.000 | 0.00 Rec: | | 0.16 | 50.000 | | 4 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | | 5.22 | 50.000 | | 9,096 | 2.61 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 Rec: | | 0.32 | 50.000 | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Jamba | 100.000 | 0.00 Rec: | | 0.64 | 50.000 | | 1 | 0.32 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | | 0.91 | 50.000 | | 23 | 0.45 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | | 0.34 | 50.000 | | 50 | 0.17 |
| | | | | | | | | | | | Total: | 9,264 | 6.46 |
| - FOR WHOM THE BELL TOLLS - ERIC BLOOM, AL PITERELLI, TONY FRANKLIN, AYNSLEY DUNBAR - USA370578119 |||||||||||||| 
| United States | 12/31/2009 | DIGI | DIG | DD | iTunes | 100.000 | 0.00 Rec: | | 7.75 | 50.000 | | 12 | 3.88 |
| United States | 12/31/2009 | DIGI | DIG | DD | Napste | 100.000 | 0.00 Rec: | | 0.29 | 50.000 | | 18 | 0.15 |
| United States | 12/31/2009 | DIGI | DIG | DD | Real/ | 100.000 | 0.00 Rec: | | 0.08 | 50.000 | | 8 | 0.04 |
| United States | 12/31/2009 | DIGI | DIG | DD | 24/7 | 100.000 | 0.00 Rec: | | 0.02 | 50.000 | | 1 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | Media | 100.000 | 0.00 Rec: | | 0.16 | 50.000 | | 32 | 0.08 |
| United States | 12/31/2009 | DIGI | DIG | DD | lala | 100.000 | 0.00 Rec: | | 0.02 | 50.000 | | 3 | 0.01 |
| United States | 12/31/2009 | DIGI | DIG | DD | WE7 | 100.000 | 0.00 Rec: | | 0.03 | 50.000 | | 5 | 0.02 |
| United States | 12/31/2009 | DIGI | DIG | DD | eMusic | 100.000 | 0.00 Rec: | | 0.32 | 50.000 | | 1 | 0.16 |
| United States | 12/31/2009 | DIGI | DIG | DD | Spotify | 100.000 | 0.00 Rec: | | 0.87 | 50.000 | | 1,300 | 0.43 |
| | | | | | | | | | | | Total: | 1,380 | 4.77 |
| | | | | | | | | | | | Statement Total: | | 289.37 |

All amounts printed in US Dollars

**Distribution Channels:**
DIGI = DIGITAL DOWNLOAD
NORM = NORMAL RETAIL

**Price Categories:**
DIG = DIGITAL
FP = FULL PRICE

MINIMUM PAYOUT - U.S. = $50.00   ALL OTHERS - $100.00
(Balance Forward)



record maestro

**EXHIBIT B**
38